UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61481-CIV-SINGHAL/STRAUSS

ANGELA SHEPPARD,

    Plaintiff,

vs.

MARTIN O'MALLEY,
Commissioner of Social
Security Administration,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation (DE [13]) of the Magistrate Judge recommending that Defendant's Motion to Dismiss (DE [8]) be granted. The Magistrate Judge outlined the deficiencies in Plaintiff's response to the Motion to Dismiss but also addressed the merits of the case. No objections to the Report and Recommendation have been filed.

Plaintiff filed suit under 42 U.S.C. § 405(g) after receiving a "totally favorable" decision on her disability claim. (DE [1]). The Commissioner determined that Plaintiff had had been disabled since January 1, 2006. Plaintiff does not challenge the Commissioner's decision but complains that her attempts to receive her unpaid benefits have been futile.

The Government responded by filing a Motion to Dismiss for failure to state a claim for relief because Plaintiff has not identified any final, adverse decision of the Commissioner for the Court to review. 42 U.S.C. § 405(g) (providing for the review of a final decision of the Commissioner). Additionally, the Government argues that the claim

is moot because since the lawsuit was filed, Plaintiff had been paid $9,000 and her attorney was paid $7,000.

The Magistrate Judge correctly concluded that Plaintiff is not appealing a final decision of the Commissioner. To the extent that Plaintiff complains about the timing of payments, the Magistrate Judge correctly noted that "Congress, fully aware of the serious delays in resolution of disability claims, has declined to impose deadlines on the administrative process." Report and Recommendation (DE [13]) (quoting *Heckler v. Day,* 467 U.S. 104, 110-11 (1984). Further, the Government has provided Plaintiff and Plaintiff's counsel with explanations of how the payments were determined, an explanation of how to contest the calculation, and the process by which Plaintiff's counsel must go through to request further fees. (DE [8-1], pp. 14-24).

The Court has reviewed the entire file and record and has made a *de novo* review of the issues and concludes that the Magistrate Judge's Report and Recommendation should be approved and adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (DE [13]) is **AFFIRMED** and **ADOPTED.** Defendant's Motion to Dismiss (DE [8]) is **GRANTED**. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of December 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF